# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0870
_____

PHILIP BALLMAN and DORA
LAISURE,

    Appellants,

    v.

MASSEY SERVICES, INC. and
DANIEL JAMES ROBERTSON,

    Appellees.
_____


On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.


June 26, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher L. George of Christopher L. George, P.C., Mobile, Alabama, for Appellants.

Daniel J. Gerber, Jennifer S. Thomas, and Julia M. Potts of Rumberger, Kirk & Caldwell, P.A., Orlando, for Appellees.